UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

April 25, 2016

MEMO TO COUNSEL RE:   Michael Henry, Sr. v. American Federation of State, County and Municipal Employees, et al.
Civil No. JFM-16-264

Dear Counsel:

I have reviewed the various papers that have been filed in this case.

Plaintiff is granted until May 3, 2016 to respond to the dispositive motions filed by the State defendants and the Union defendants.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge